STATE of Missouri,
Plaintiff/Respondent,

v.

Raymond Glenn HEAD,
Defendant/Appellant.

Raymond Glenn HEAD,
Movant/Appellant,

v.

STATE of Missouri, Respondent.

Nos. 58113, 59104.

Missouri Court of Appeals,
Eastern District,
Division One.

June 11, 1991.

Mary K. Anderson, Columbia, for defendant/appellant.

William L. Webster, Atty. Gen., Geoffrey W. Preckshot, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

## ORDER

### PER CURIAM.

In this consolidated appeal, defendant appeals from his conviction for attempted stealing and the denial of his Rule 29.15 motion for post-conviction relief.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).